**George Robert Goltzer**
Attorney At Law
200 West 57th Street
Suite 900
New York, NY 10019

**MEMO ENDORSED**

Tel. (212) 608-1260
Fax (212) 980-2968
george@goltzer.com

August 6, 2007

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street - Room 1040
New York, NY 10007
Via Facsimile: 212/805-7907

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/07

Re: *United States v. Ismael Roque*
07 Cr. 564 (DLC)

Dear Judge Cote:

Please accept this letter as an application, upon consent of the government by Assistant United States Attorney Brandan R. McGuire, for an order permitting Ismael Roque to travel on August 10, 2007 from his home in the Southern District of Texas to Dallas, in the Northern District of Texas, so that he may bring his infirm parents to visit his aunt, Elba Diaz, and return to the Southern District of Texas no later than August 13, 2007.

If this application is agreeable, may I impose upon the Court to endorse this letter and have it returned to me either by facsimile or ECF. Thank you for your consideration of this matter. I remain

Respectfully,

George R. Goltzer

cc: Brendan McGuire, Esq.
Assistant U.S. Attorney
Fax: 212/637-2390

Granted.
/s/ Denise Cote
August 8, 2007