```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/07
```

**George Robert Goltzer**
Attorney At Law
200 West 57th Street
Suite 900
New York, NY 10019

# MEMO ENDORSED

Tel. (212) 608-1260
Fax (212) 980-2968
george@goltzer.com

November 28, 2007


RECEIVED
NOV 29 2007
CHAMBERS OF
DENISE COTE

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street - Room 1040
New York, NY 10007
Via Facsimile: 212/805-7907

Re: *United States v. Ismael Roque*
07 Cr. 564 (DLC)

Dear Judge Cote:

    Please accept this letter as an application, upon consent of the government by Assistant United States Attorney Brandan R. McGuire, for an order permitting Ismael Roque to relocate from Texas to the District of Massachusetts. Mr. Roque hopes to reside with his girlfriend at 280 Little Avenue, Holyoke, MA 01040, tel. 413-536-9653. Mr. Roque's children also reside in Holyoke.

    If this application is agreeable, may I impose upon the Court to endorse this letter and have it returned to me either by facsimile or ECF. Thank you for your consideration of this matter. I remain

Respectfully,

George R. Goltzer

cc: Brendan McGuire, Esq.
    Assistant U.S. Attorney
    Fax: 212/637-2390

Granted.

*/s/ Denise Cote*
November 28, 2007