Duplicate Original

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
UNITED STATES                        :
                                     :
                                     :
    - v. -                           :
                                     :    07 Cr. 564 (DLC)
ISMAEL ROQUE,                        :
                                     :
              Defendant.             :
- - - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/08

ORDER

    IT IS HEREBY ORDERED, that, pursuant to defendant ISMAEL ROQUE's guilty plea, ROQUE is hereby remanded to the custody of the United States Marshals Service.

SO ORDERED

Dated: New York, New York
      January 23, 2008

_____
HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK