UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :   07 CR. 564-03 (DLC)
                                        :
            -v-                         :       ORDER
                                        :
ISMAEL ROQUE,                           :
                                        :
            Defendant.                  :
                                        :
----------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/08
```

DENISE COTE, District Judge:

   The defendant having voluntarily surrendered on January 23, 2008 and counsel for the defendant having requested an adjournment of the March 31, 2008 sentence date, it is hereby

   ORDERED that sentence is rescheduled to **May 9, 2008** at **12 p.m.**

   IT IS FURTHER ORDERED that any defense submissions regarding sentence shall be due **April 25** and the Government's response shall be due **May 2**.

   SO ORDERED

Dated:   New York, New York
         January 24, 2008

                                    _____
                                          DENISE COTE
                                    United States District Judge