**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X**

**UNITED STATES OF AMERICA,**

      **-against-**                              **No. 07-CR-564(DLC)**

**VICTOR PEREZ,**

          **Defendant.**


**- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X**




**<u>SENTENCING MEMORANDUM</u>**




                                  **MITCHELL DINNERSTEIN**, **Esq.**
                                  Attorney for Defendant, Victor Perez
                                  350 Broadway
                                  Suite 700
                                  New York, New York 10013
                                  212-925-0793

*MITCHELL DINNERSTEIN*

*Attorney at Law*

350 Broadway,  Suite 700

New York, New York 10013

212-925-0793

(Fax) 212-625-3939

March 17, 2008

**By ECF and HAND DELIVERED**

Hon. Judge Denise Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: **UNITED STATES V. VICTOR PEREZ**
     Docket No. 07-CR-00564 (DLC)

Dear Judge Cote:

       I write on behalf of my client, Victor Perez, in advance of his sentencing, presently scheduled for March 21, 2008.  On December 11, 2007, Victor Perez pleaded guilty before the Honorable Magistrate Judge Theodore Katz to  Count 3 of the Indictment, a Money Laundering Count under Title 18 USC 1956(a)(1)(B)(i).  For the reasons stated below, I submit that an appropriate substance under the Stipulated Guideline Range of 37 months would be reasonable and just for this defendant.[1]  This is Mr. Perez's first contact with the Criminal Justice System.

       Victor Perez is presently 29 years old.  He was the only child born on February 13, 1979 to Orlando Perez and Luz Ortiz in Rio Pedras, Puerto Rico.  Even though his parents were

---

     [1] Under the Plea Agreement in this case, the parties agreed not to seek any departures from the Stipulated Guideline Range of 37 to 46 months.  The parties though agreed to argue where under the Guideline Range the defendant should be sentenced in accordance with 18 USC § 3553(a).  (pp.2 and 3 of the Plea Agreement)

USA v. Victor Perez
Page 2

divorced when he was two, he maintained a good relationship with both of his parents. He did live in his childhood with his mother and grandmother. His father works as an English teacher. His mother as a guidance counselor. Both parents reside in Puerto Rico.

I have no substantive issues[2] with the Probation Report. I am writing to the Court to provide more specific details in Mr. Perez's life to aid the Court in understanding how the defendant got involved in the instant offense. These arguments attempt to address the necessary Court's sentencing considerations under 18 USC § 3553(a).

Victor Perez was a student in Puerto Rico before coming to the United States in 2002. He first studied to make eyeglass lenses at the Colegio de Ciences Opticas in Puerto Rico and later took courses in Computer Sciences. He did not finish his school work. Instead, he went to work after beginning a relationship with Jillian Cooney. Ms. Cooney soon after becoming pregnant, left Victor for another man. Ms. Cooney left the child in her mother and Victor's mother's care. The child is still in their joint custody. Victor, believing that there would be more economic opportunity in the United States and clinically depressed over his break-up with Ms. Cooney, decided to come to the United States to seek employment.

Victor did find employment in the United States. He first worked as a driver for Amcare, an agency that drove Senior Citizens for doctor appointments in Jersey City and then at a local factory called JFS, a subsidiary of US Intec. He also began a relationship with Maria Fernandez Enriguez. Victor felt that the jobs he had were poorly paid and unsatisfying and that with his inability to learn sufficient English that his economic opportunities would be better in Puerto Rico where he would also have his family support. So after about a year, he returned to Puerto Rico.

Victor began working at Home Depot, another job he saw as a low level position. He was also making child support payments of $230 for his child born with Ms. Cooney. While at home, a neighbor of his mother, who he knew from childhood, offered him a job in the United States that sounded good. Toni Gonzales, an older man who grew up in the same apartment complex as Victor, offered him a job in Connecticut where he owned a company that sold automobiles from auctions. Victor's responsibilities would be drive the vehicles when purchased to Gonzales's company in West Hartford, Connecticut. The job would pay more money then he was earning in Puerto Rico and seemed like a good opportunity. Moreover, Victor came to learn 2that Maria Fernandez Enriguez was pregnant and he wanted to be with her in Jersey City.

So Victor returned to Jersey City and took the job in Connecticut. He married Ms. Enriguez in February, 2005. Their child, Daniella, was born in April, 2005. While Mr. Gonzales

---

[2]There is an error in the city where the defendant lived in New Jersey. It indicates that 239 Claremont Avenue is in Union City. (¶¶ 44,45) In fact, it is in Jersey City.

USA v. Victor Perez
Page 3

did run an automobile auction business, he also was involved in a cocaine distribution business. Victor was told that his job title would also include picking up money for Gonzales locally.[3] Obviously, the money was proceeds of the drug enterprise.  Victor's job was to pick up the money in Massachusetts and the Tri-State area and take it to Gonzales.  He did that.  He also met the co-defendant Ismael Roque through Gonzales at the automobile auction business.  Roque sought out Victor on November 10, 2006, the date of the instant offense.

Victor may have been particularly vulnerable by personality to the demands made by Gonzales and later the ones made by Roque.  Victor presents as a meek, quiet man who acts much younger than his stated age.  He is very close to his mother and grandmother and shows enormous sadness because of what he has put them through.  The series of attached letters indicate the manner in which he is seen by his family.  (Attached Exhibit A)  He was asked to pick up money by Gonzales, which he did naively and had no other involvement with the drug business.  Presumably, Gonzales knew Victor's temperament and that he would go along honestly with his directives to pick up the money without asking questions.  Victor was unable to say "no" to stronger personality types.   This experience has taught him that he must stand up for himself, do what he knows to be right and that he cannot simply go along with the demands of others.

It should also be noted that after Victor was released from jail on a secured bond posted  by his mother and other family members in Puerto Rico, he began working for an electronics company in Jersey City as a driver.  He has worked there until quite recently.  He tries to satisfy his financial obligations to his two children.  Victor has told me that he is well liked at work and that he believes that he could continue to work there after his release from prison. (Attached Exhibit B, pay stubs)

In conclusion for the above stated reason, the defendant requests that the court impose a sentence of 37 months.

Respectfully submitted,

Mitchell Dinnerstein
Mitchell Dinnerstein

---

[3] Gonzales was murdered in Puerto Rico in September 2006.

USA v. Victor Perez
Page 4

cc.: Brendan McGuire
     AUSA

     Ross N. Kapitansky
     United States Probation Officer

# EXHIBIT A

December 12, 2007

To whom it may concern:

The one that subscribes, is the mother of  Víctor O. Perez Ortiz. My only son has
lived with me and my mother. Mrs. Angelina Guzmán, until the age 26 years. In
year 2004 he falls in love with a girl from New Jersey and decided to go away
behind her and moved to the United States. He grew up in an honest family,
workers,  and respectful of the laws of our country and by consequent of the
United States of America, of which we are citizen. With these values the church
grew this young person always visiting the church, being baptized and doing his
first communion since this family congregates itself in the Catholic Church. His
first years in the school it was Catholic School and school Baptist in who always it
showed good behavior and where they taught spiritual values to him. In all his
academic life it passed as much with good relations with his pairs as his teachers,
orientation and directors; culminating its studies of fourth year. His Degree
Associate was prepared in two postsecondary schools Sciences optical and
sciences of computer.

Because my son has been always my right hand, helping in the house, specially
taking care of with much love its grandma while I worked. He has always been
respectful with all members of this family participating always actively in all the
familiar activities.

 I know my son, and is a respectful young person of the laws. and honest, I make
sure of this. My son has many yearnings in his future and chose his nation for it.
was there for being able to improve his income, since he has two children by who
he must maintain and help them to educate. It has never been a load for the family
nor for the government of this country, on the contrary, was working with the
Municipal Government in the Electronic Library of this municipality. In addition
works at Glendo Laboratory in Puerto Rico and Home Depot. In each work he was
responsible and precise.

Thanks for its attention and I hope can consider the trajectory of life that has had
Victor as much in the personnel, academic and spiritual.

Resctfylly,

Luz E. Ortiz Guzman

**María Teresa Ríos Hernández**
**HC-04 Box 44414**
**Caguas, Puerto Rico  00725**

December 10, 2007

To Whom It May Concern:

By this mean, I want to state that I know the young Víctor O. Pérez Ortiz since he was a teenager.  At that time, during my incumbency as Director of the José Gautier Benítez High School, the mother of Victor O. Perez, Mrs. Luz Ortiz, was the Counselor of the school.  The personal and professional interchange with Mrs. Ortiz allowed me to distinguish the kind of student and human being that her son Victor was.  This appreciation was corroborated when this young started his studies in the aforementioned school.  As a student, Victor had an excellent conduct.  He always demonstrated a superior sense of responsibility and respect towards his mates and the scholar faculty.

While Víctor O. Pérez Ortiz was studying in the university, years after, he worked under my supervision in the Electronic Library System of the Caguas Autonomy Municipality.  In this place, Mr. Pérez assisted the students in the research for digitalized information.  During his years of performance, Víctor O. Pérez Ortiz maintained a satisfactory record, demonstrating interest for assisting others through his services.

Cordially,

María T. Ríos Hernández

| Post-it® Fax Note | 7671 | Date | # of pages ▶ |
|---|---|---|---|
| To *Mr. Dennerstein* | | From *Luz Ortiz* | |
| Co./Dept. | | Co. *Victor Pérez* | |
| Phone # 212-925-0793 | | Phone # 787-389-9949 | |
| Fax # 212-925-3939 | | Fax # 787-746-7529 | |



MSC 6241 Station One Bayamón, Puerto Rico 00960
Calle Betances #20 Bayamón, P.R. 00960
Tel. 787·786·7035 / 787·786·7530 / Fax. 787·785·7340
www.institutomerlixpr.com

December 12, 2007

To whom it may concern:

I'm a social worker, teacher and the owner and director of Merlix Institute, a post secondary technical school founded in 1985 and located at Bayamón, Puerto Rico.

I've known Victor O. Pérez since he was born due to a good relationship with his family. I've had the opportunity to spend time with him in family gatherings and in church activities as well. Victor O. Perez is a respectful and amiable young human being. I have always considered him part of my family.

For the reasons mentioned above, I truly believe that you will consider Victor in this process. Throughout his whole life he has shown qualities of being responsible, honest, respectful and hard worker.

Best regards,

María Mercedes Reyes
Director - President

FROM :CAGUAS COPY                    FAX NO. :7872586499          Dec. 12 2007 02:15PM P5

December 6, 2007

To whom it may concern:

This letter is to certifie that I have known Victor Orlando Pérez Ortíz since he was a child. I worked with his parents for more than twenty years at José Gautier Benítez high school, in Caguas, Puerto Rico, where I worked as a Social Worker.

Victor Orlando Pérez Ortíz was always a normal boy throughout his life in Puerto Rico, he never had any troubles with the police or justice. He was responsible and very amiable person with the school faculty and with his class mates.

I'm available to any other information you wish to request. My phone numbers is (787) 744-5594 and cellular (787) 384-7732.


María de los A. Fonseca
Urb. Villa Nueva
Calle 7 O-8
Caguas, Puerto Rico 0727

Departamento de Educación
Escuela de la Comunidad
SUPERIOR JOSÉ GAUTIER BENITEZ

Caguas, PR 00726-5526



December 6, 2007


To whom it may concern

I certify through this letter that I used to be Victor O. Perez's teacher at José Gautier Benitez High School in Caguas, Puerto Rico.

Victor was a very respectful, quiet, responsible and courteous student. He was always very attentive and eager to learn. The relationship with the rest of his fellow students was a very good one.

As a teacher, I would confirm that Victor is one of those students hard to forget because of his sweetness, good behavior, and cooperation to the class.

If you need further information, I would be available at: 787-385-3789


Yours truly,

Elba Nazario
Elba Nazario

FROM :CAGUAS COPY                    FAX NO. :7872586499              Dec. 12 2007 02:15PM  P4

FROM :                                FAX NO. :                       Dec. 10 2007 11:46AM  P1



Departamento de Educación
Escuela de la Comunidad
SUPERIOR JOSÉ GAUTIER BENÍTEZ
Apartado 5536
Caguas, P.R. 00726-5536
Tel. / Fax 743-6101 - 743-4211



December 10, 2007

To whom it may concern:

I meet Victor O. Pérez Ortiz in 1985 when he was twelve years old, approximately. Ho was an emotionally mature young boy. He is the son of one of my friends.

Next I known Victor as a student of the José Gautier Benítez School. I am counselor at this school for the last fifteen years.

Some of the qualities I have found in Víctor are cooperation, responsibility and excellent relationship with his classmates and teachers.

Sincerely,

Antonia Lozada Rosario
School Counselor

*"FORMANDO LA GENERACION DEL FUTURO"*
Ley 103-382

To whom it may concern:

My grandson Victor O. Pérez came to our family as a blessing on February 13th, 1979. His parents were divorced in 1982, as consequence Victor was under my care due to the fact that he and his mother come to live with me. He grew up as very loveable and respectful young boy. He was always sweet and loving with me and the rest of the members of my family.

Victor and el have been very close since his mother was working and studying, so he would spend much time with me. He grew up with good examples, under the care and guidance of my son (his uncle), Victor Ortíz Guzmán who is retired from the Federal Post Office and a veteran from the Vietnam War. My son always taught Victor to be responsible of his acts and above all, honesty.

We all as family have suffered tremendous this incident that my grandson in confronting. el am eighty five years old, and as a grandmother el have never had any complaints about my grandson. He has always respected me. el still remember when he was nine years old el had my cataract eye surgery and Victor was the one who used to take care of me. He would help me bathe, walk, and eat.

It is for these reasons that el beg you to please have in consideration the future of my grandson.

Sincerely, Angelina Guz

Melidy

Mr. Mitchell Dinnerstein

I send you by fax, the letters you need, also and gone send by mail all the letters.

Luz E. Ortiz
Victor's mother

To Whom it may concern:

My name is Victor Ortiz Guzmán. I am sixty one years old and retired from the Federal Post Office Service in Puerto Rico. I am also a veteran from the Vietnam War. I am Victor Ortiz's uncle and godfather. We baptized him when he was two years old. Since then, I have been close to him throughout his childhood and growth; until he decided to go to the United States.

My three children were raised together with Victor as if they were siblings, although they are cousins. Victor always had good relationship with them, loving, respecting, and sharing with each other, specially on Christmas.

He has always been very respectful, amiable and cordial to me at all times. For these reasons I ask you to consider Victor O. Pérez, since he has many desires to straighten his life and to achieve his goals for his future.

Sincerely,

Victor Ortiz Guzmán

FROM :CAGUAS COPY                    FAX NO. :7872586499              Dec. 12 2007 02:15PM P6



Departamento de Educación
Escuela de la Comunidad
SUPERIOR JOSÉ GAUTIER BENÍTEZ
Apartado 5536
Caguas, P.R. 00726-5536
Tel. / Fax 743-6101 • 743-4211



December 6, 2007

To whom it may concern

   I certify through this letter that I used to be Victor O. Perez's teacher at José Gautier Benitez High School in Caguas, Puerto Rico.

   Victor was a very respectful, quiet, responsible and courteous student. He was always very attentive and eager to learn. The relationship with the rest of his fellow students was a very good one.

   As a teacher, I would confirm that Victor is one of those students hard to forget because of his sweetness, good behavior, and cooperation to the class.

   If you need further information, I would be available at:  787-385-3780

Yours truly,

*Elba Nazario*
Elba Nazario

*"FORMANDO LA GENERACION DEL FUTURO"*
Ley 103-382

December 12, 2007

To whom it may concern:

The one that subscribes, is the mother of Víctor O. Perez Ortiz. My only son has lived with me and my mother, Mrs. Angelina Guzmán, until the age 26 years. In year 2004 he falls in love with a girl from New Jersey and decided to go away behind her and moved to the United States. He grew up in an honest family, workers, and respectful of the laws of our country and by consequent of the United States of America, of which we are citizen. With these values the church grew this young person always visiting the church, being baptized and doing his first communion since this family congregates itself in the Catholic Church. His first years in the school it was Catholic School and school Baptist in who always it showed good behavior and where they taught spiritual values to him. In all his academic life it passed as much with good relations with his pairs as his teachers, orientation and directors; culminating its studies of fourth year. His Degree Associate was prepared in two postsecondary schools Sciences optical and sciences of computer.

Because my son has been always my right hand, helping in the house, specially taking care of with much love its grandma while I worked. He has always been respectful with all members of this family participating always actively in all the familiar activities.

I know my son, and is a respectful young person of the laws, and honest, I make sure of this. My son has many yearnings in his future and chose his nation for it, was there for being able to improve his income, since he has two children by who he must maintain and help them to educate. It has never been a load for the family nor for the government of this country, on the contrary, was working with the Municipal Government in the Electronic Library of this municipality. In addition works at Glendo Laboratory in Puerto Rico and Home Depot. In each work he was responsible and precise.

Thanks for its attention and I hope can consider the trajectory of life that has had Victor as much in the personnel, academic and spiritual.

Resctfully,

Luz E. Ortiz Guzman

# EXHIBIT B

THE PAYROLL GROUP, INC.

5868 - SAL ELECTRIC CO. INC. 83 FLEET ST. JERSEY CITY, NJ 07306

| EMPLOYEE NAME | | SOCIAL SECURITY NO. | JOB NO. | PERIOD ENDED | CHECK NO. | |
|---|---|---|---|---|---|---|
| VICTOR PEREZ | 6733 | - -3855 | 8888 | 02/17/08 | 20413 | |

| TYPE HOURS | HOURS | RATE | CURRENT EARNINGS | YTD EARNINGS | DEDUCTION TYPE | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|
| REGULAR | 20.00 | 9.00 | 180.00 | 1566.00 | FED TAX | | 11.56 |
| | | | | | FICA TAX | 11.16 | 97.10 |
| | | | | | MED. TAX | 2.61 | 22.71 |
| | | | | | NJ ST TAX | 2.41 | 21.17 |
| | | | | | SUI/DBL | .77 | 6.66 |
| | | | | | MISCS1- | | 27.00 |
| TOTALS ➡ | | | 180.00 | 1566.00 | | 16.95 | NET AMOUNT 163.05 |

THE PAYROLL GROUP, INC.

5868 - SAL ELECTRIC CO. INC. 83 FLEET ST. JERSEY CITY, NJ 07306

| EMPLOYEE NAME | | SOCIAL SECURITY NO. | JOB NO. | PERIOD ENDED | CHECK NO. | |
|---|---|---|---|---|---|---|
| VICTOR PEREZ | 6733 | - -3855 | 8888 | 03/02/0? | 20546 | |

| TYPE HOURS | HOURS | RATE | CURRENT EARNINGS | YTD EARNINGS | DEDUCTION TYPE | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|
| REGULAR | 30.00 | 9.00 | 270.00 | 2106.00 | FED TAX | 4.88 | 21.32 |
| | | | | | FICA TAX | 16.74 | 130.58 |
| | | | | | MED. TAX | 3.92 | 30.55 |
| | | | | | NJ ST TAX | 3.76 | 28.69 |
| | | | | | SUI/DBL | 1.15 | 8.96 |
| | | | | | MISCS1- | | 27.00 |
| TOTALS ➡ | | | 270.00 | 2106.00 | | 30.45 | NET AMOUNT 239.55 |

THE PAYROLL GROUP, INC.

5868 - SAL ELECTRI? ?. INC. ?? ?? ???? ?? ?? 07306

| EMPLOYEE NAME | | SOCIAL | | | PERIOD ENDED | CHECK NO. | |
|---|---|---|---|---|---|---|---|
| VICTOR PEREZ | 6733 | 598 ? | ? | 8888 | 10/07/07 | 18946 | |

| TYPE HOURS | HOURS | RATE | CURRENT EARNINGS | ?NGS | DEDUCTION TYPE | CURRENT AMO? | YTD AMOUNT |
|---|---|---|---|---|---|---|---|
| REGULAR | 40.00 | 9.00 | 360.00 | .00 | FED TAX | 14. | 49.12 |
| | | | | | FICA TAX | 22.32 | 98.21 |
| | | | | | MED. TAX | 5.22 | 22.97 |
| | | | | | NJ ST TAX | 5.11 | 22.31 |
| | | | | | SUI/DBL | 1.53 | 6.73 |
| | | | | | MISCS1- | 31.50 | 85.50 |
| TOTALS ➡ | | | 360.00 | 1584.00 | | 16.76 | NET AMOUNT 343.24 |

5868 - SAL ELECTRIC CO. INC. 83 FLEET ST. JERSEY CITY, NJ 07306     THE PAYROLL GROUP, INC.

| EMPLOYEE NAME | | SOCIAL SECURITY NO. | JOB NO. | PERIOD ENDED | CHECK NO. | |
|---|---|---|---|---|---|---|
| VICTOR PEREZ | 6733 | - -3855 | 8888 | 02/10/08 | 20346 | |

| TYPE HOURS | HOURS | RATE | CURRENT EARNINGS | YTD EARNINGS | DEDUCTION TYPE | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|
| REGULAR | 20.00 | 9.00 | 180.00 | 1386.00 | FED TAX | | 11.56 |
| | | | | | FICA TAX | 11.16 | 85.94 |
| | | | | | MED. TAX | 2.61 | 20.10 |
| | | | | | NJ ST TAX | 2.41 | 18.76 |
| | | | | | SUI/DBL | .77 | 5.89 |
| | | | | | MISCS1- | | 27.00 |
| TOTALS | | | 180.00 | 1386.00 | | 16.95 | NET AMOUNT 163.05 |

5868 - SAL ELECTRIC CO. INC. 83 FLEET ST. JERSEY CITY, NJ 07306     THE PAYROLL GROUP, INC.

| EMPLOYEE NAME | | SOCIAL SECURITY NO. | JOB NO. | PERIOD ENDED | CHECK NO. | |
|---|---|---|---|---|---|---|
| VICTOR PEREZ | 6733 | - -3855 | 8888 | 02/24/08 | 20478 | |

| TYPE HOURS | HOURS | RATE | CURRENT EARNINGS | YTD EARNINGS | DEDUCTION TYPE | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|
| REGULAR | 30.00 | 9.00 | 270.00 | 1836.00 | FED TAX | 4.88 | 16.44 |
| | | | | | FICA TAX | 16.74 | 113.84 |
| | | | | | MED. TAX | 3.92 | 26.63 |
| | | | | | NJ ST TAX | 3.76 | 24.93 |
| | | | | | SUI/DBL | 1.15 | 7.81 |
| | | | | | MISCS1- | | 27.00 |
| TOTALS | | | .00 | 1836.00 | | 30.45 | NET AMOUNT 239.55 |

THE PAYROLL GROUP, INC.

5868 - SAL ELECTRIC CO. INC. 83 FLEET ST. JERSEY CITY, NJ 07306

| EMPLOYEE NAME | | SOCIAL SECURITY NO. | JOB NO. | PERIOD ENDED | CHECK NO. |
|---|---|---|---|---|---|
| VICTOR PEREZ | 6733 | - -3855 | 8888 | 01/20/08 | 20136 |

| TYPE HOURS | HOURS | RATE | CURRENT EARNINGS | YTD EARNINGS | DEDUCTION TYPE | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|
| REGULAR | 16.00 | 9.00 | 144.00 | 648.00 | FICA TAX | 8.93 | 40.18 |
| | | | | | MED. TAX | 2.09 | 9.40 |
| | | | | | NJ ST TAX | 1.87 | 8.56 |
| | | | | | SUI/DBL | .61 | 2.75 |
| | | | | | MISCS1- | | 27.00 |
| TOTALS ➡ | | | 144.00 | 648.00 | | 13.50 | NET AMOUNT 130.50 |

THE PAYROLL GROUP, INC.

5868 - SAL ELECTRIC CO. INC. 83 FLEET ST. JERSEY CITY, NJ 07306

| EMPLOYEE NAME | | SOCIAL SECURITY NO. | JOB NO. | PERIOD ENDED | CHECK NO. |
|---|---|---|---|---|---|
| VICTOR PEREZ | 6733 | - -3855 | 8888 | 02/03/08 | 20279 |

| TYPE HOURS | HOURS | RATE | CURRENT EARNINGS | YTD EARNINGS | DEDUCTION TYPE | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|
| REGULAR | 36.00 | 9.00 | 324.00 | 1206.00 | FED TAX | 10.28 | 11.56 |
| | | | | | FICA TAX | 20.09 | 74.78 |
| | | | | | MED. TAX | 4.70 | 17.49 |
| | | | | | NJ ST TAX | 4.57 | 16.35 |
| | | | | | SUI/DBL | 1.38 | 5.12 |
| | | | | | MISCS1- | | 27.00 |
| TOTALS ➡ | | | 324.00 | 1206.00 | | 41.02 | NET AMOUNT 282.98 |

THE PAYROLL GROUP, INC.

5868 - SAL ELECTRIC CO. INC. 83 FLEET ST. JERSEY CITY, NJ 07306

| EMPLOYEE NAME | | | SOCIAL SECURITY NO. | JOB NO. | PERIOD ENDED | CHECK NO. | |
|---|---|---|---|---|---|---|---|
| VICTOR PEREZ | | 6733 | - -3855 | 8888 | 12/16/07 | 19797 | |

| TYPE HOURS | HOURS | RATE | CURRENT EARNINGS | YTD EARNINGS | DEDUCTION TYPE | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|
| REGULAR | 8.00 | 9.00 | 72.00 | 4486.50 | FED TAX | | 134.89 |
| | | | | | FICA TAX | 4.46 | 278.18 |
| | | | | | MED. TAX | 1.04 | 65.07 |
| | | | | | NJ ST TAX | .79 | 62.95 |
| | | | | | SUI/DBL | .31 | 19.06 |
| | | | | | MISCS1- | 9.00 | 545.62 |
| TOTALS ➡ | | | 72.00 | 4486.50 | | 2.40 | NET AMOUNT 74.40 |

THE PAYROLL GROUP, INC.

5868 - SAL ELECTRIC CO. INC. 83 FLEET ST. JERSEY CITY, NJ 07306

| EMPLOYEE NAME | | | SOCIAL SECURITY NO. | JOB NO. | PERIOD ENDED | CHECK NO. | |
|---|---|---|---|---|---|---|---|
| VICTOR PEREZ | | 6733 | - -3855 | 8888 | 01/06/08 | 19999 | |

| TYPE HOURS | HOURS | RATE | CURRENT EARNINGS | YTD EARNINGS | DEDUCTION TYPE | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|
| REGULAR | 24.00 | 9.00 | 216.00 | 360.00 | FICA TAX | 13.39 | 22.32 |
| | | | | | MED. TAX | 3.13 | 5.22 |
| | | | | | NJ ST TAX | 2.95 | 4.82 |
| | | | | | SUI/DBL | .92 | 1.53 |
| | | | | | MISCS1- | | 27.00 |
| TOTALS ➡ | | | 216.00 | 360.00 | | 20.39 | NET AMOUNT 195.61 |

THE PAYROLL GROUP, INC.

5868 - SAL ELECTRIC CO. INC. 83 FLEET ST. JERSEY CITY, NJ 07306

| EMPLOYEE NAME | | | SOCIAL SECURITY NO. | JOB NO. | PERIOD ENDED | CHECK NO. | |
|---|---|---|---|---|---|---|---|
| VICTOR PEREZ | | 6733 | - -3855 | 8888 | 01/13/08 | 20067 | |

| TYPE HOURS | HOURS | RATE | CURRENT EARNINGS | YTD EARNINGS | DEDUCTION TYPE | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|
| REGULAR | 16.00 | 9.00 | 144.00 | | FICA TAX | 8.93 | 31.25 |
| | | | | | MED. TAX | 2.09 | 7.31 |
| | | | | | NJ ST TAX | 1.87 | 6.69 |
| | | | | | SUI/DBL | .61 | 2.14 |
| | | | | | MISCS1- | | 27.00 |
| TOTALS ➡ | | | 144.00 | 504.00 | | 13.50 | NET AMOUNT 130.50 |

5868 - SAL ELECTRIC CO. INC. 83 FLEET ST. JERSEY CITY, NJ 07306    THE PAYROLL GROUP, INC.

| EMPLOYEE NAME | | SOCIAL SECURITY NO. | JOB NO. | PERIOD ENDED | CHECK NO. | |
|---|---|---|---|---|---|---|
| VICTOR PEREZ | 6733 | – -3855 | 8888 | 11/25/07 | 19568 | |

| TYPE HOURS | HOURS | RATE | CURRENT EARNINGS | YTD EARNINGS | DEDUCTION TYPE | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|
| REGULAR | 32.00 | 9.00 | 288.00 | 3838.50 | FED TAX | 6.88 | 121.13 |
| | | | | | FICA TAX | 17.86 | 238.00 |
| | | | | | MED. TAX | 4.18 | 55.67 |
| | | | | | NJ ST TAX | 4.03 | 54.10 |
| | | | | | SUI/DBL | 1.22 | 16.31 |
| | | | | | MISCS1- | 36.00- | 279.50- |
| TOTALS | | | 288.00 | 3838.50 | | 1.83- | NET AMOUNT 289.83 |

5868 - SAL ELECTRIC CO. INC. 83 FLEET ST. JERSEY CITY, NJ 07306    THE PAYROLL GROUP, INC.

| EMPLOYEE NAME | | SOCIAL SECURITY NO. | JOB NO. | PERIOD ENDED | CHECK NO. | |
|---|---|---|---|---|---|---|
| VICTOR PEREZ | 6733 | – -3855 | 8888 | 12/02/07 | 19647 | |

| TYPE HOURS | HOURS | RATE | CURRENT EARNINGS | YTD EARNINGS | DEDUCTION TYPE | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|
| REGULAR | 32.00 | 9.00 | 288.00 | 4126.50 | FED TAX | 6.88 | 128.01 |
| | | | | | FICA TAX | 17.86 | 255.86 |
| | | | | | MED. TAX | 4.18 | 59.85 |
| | | | | | NJ ST TAX | 4.03 | 58.13 |
| | | | | | SUI/DBL | 1.22 | 17.53 |
| | | | | | MISCS1- | | 279.50- |
| TOTALS | | | 288.00 | 4126.50 | | 34.17 | NET AMOUNT 253.83 |

5868 - SAL ELECTRIC CO. INC. 83 FLEET ST. JERSEY CITY, NJ 07306    THE PAYROLL GROUP, INC.

| EMPLOYEE NAME | | SOCIAL SECURITY NO. | JOB NO. | PERIOD ENDED | CHECK NO. | |
|---|---|---|---|---|---|---|
| VICTOR PEREZ | 6733 | – -3855 | 8888 | 12/09/07 | 19723 | |

| TYPE HOURS | HOURS | RATE | CURRENT EARNINGS | YTD EARNINGS | DEDUCTION TYPE | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|
| REGULAR | 32.00 | 9.00 | 288.00 | 4 0 | FED TAX | 6.88 | 134.89 |
| | | | | | FICA TAX | 17.85 | 273.72 |
| | | | | | MED. TAX | 4.18 | 64.03 |
| | | | | | NJ ST TAX | 4.03 | 62.16 |
| | | | | | SUI/DBL | 1.22 | 18.75 |
| | | | | | MISCS1- | 257.12- | 536.62- |
| TOTALS | | | 288.00 | 4414.50 | | 222.95 | NET AMOUNT 510.95 |

THE PAYROLL GROUP, INC.

5868 - SAL ELECTRIC CO. INC. 83 FLEET ST. JERSEY CITY, NJ 07306

| EMPLOYEE NAME | | SOCIAL SECURITY NO. | JOB NO. | PERIOD ENDED | CHECK NO. | |
|---|---|---|---|---|---|---|
| VICTOR PEREZ | 6733 | 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 | 8888 | 10/14/07 | 19040 | |

| TYPE HOURS | HOURS | RATE | CURRENT EARNINGS | YTD EARNINGS | DEDUCTION TYPE | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|
| REGULAR | 32.00 | 9.00 | 288.00 | 1872.00 | FED TAX | 6.88 | 56.00 |
| | | | | | FICA TAX | 17.86 | 116.07 |
| | | | | | MED. TAX | 4.18 | 27.15 |
| | | | | | NJ ST TAX | 4.03 | 26.34 |
| | | | | | SUI/DBL | 1.22 | 7.95 |
| | | | | | MISCS1- | 18.00- | 103.50- |
| | | | | | | | NET AMOUNT |
| TOTALS | | | 288.00 | 1872.00 | | 16.17 | 271.83 |

THE PAYROLL GROUP, INC.

5868 - SAL ELECTRIC CO. INC. 83 FLEET ST. JERSEY CITY, NJ 07306

| EMPLOYEE NAME | | SOCIAL SECURITY NO. | JOB NO. | PERIOD ENDED | CHECK NO. | |
|---|---|---|---|---|---|---|
| VICTOR PEREZ | 6733 | 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 | 8888 | 11/04/07 | 19314 | |

| TYPE HOURS | HOURS | RATE | CURRENT EARNINGS | YTD EARNINGS | DEDUCTION TYPE | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|
| REGULAR | 36.50 | 9.00 | 328.50 | 2920.50 | FED TAX | 10.93 | 95.09 |
| | | | | | FICA TAX | 20.37 | 181.08 |
| | | | | | MED. TAX | 4.76 | 42.35 |
| | | | | | NJ ST TAX | 4.64 | 41.20 |
| | | | | | SUI/DBL | 1.40 | 12.41 |
| | | | | | MISCS1- | | 189.50- |
| | | | | | | | NET AMOUNT |
| TOTALS | | | 328.50 | 2920.50 | | 42.10 | 286.40 |

THE PAYROLL GROUP, INC.

5868 - SAL ELECTRIC CO. INC. 83 FLEET ST. JERSEY CITY, NJ 07306

| EMPLOYEE NAME | | SOCIAL SECURITY NO. | JOB NO. | PERIOD ENDED | CHECK NO. | |
|---|---|---|---|---|---|---|
| VICTOR PEREZ | 6733 | 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 | 8888 | 11/11/07 | 19402 | |

| TYPE HOURS | HOURS | RATE | CURRENT EARNINGS | YTD EARNINGS | DEDUCTION TYPE | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|
| REGULAR | 40.00 | 9.00 | 360.00 | 3280.50 | FED TAX | 14.08 | 109.17 |
| | | | | | FICA TAX | 22.32 | 203.40 |
| | | | | | MED. TAX | 5.22 | 47.57 |
| | | | | | NJ ST TAX | 5.11 | 46.31 |
| | | | | | SUI/DBL | 1.53 | 13.94 |
| | | | | | MISCS1- | 54.00- | 243.50- |
| | | | | | | | NET AMOUNT |
| TOTALS | | | 360.00 | 3280.50 | | 5.74 | 365.74 |