**George Robert Goltzer**
**Attorney At Law**
**200 West 57th Street**
**Suite 900**
**New York, NY 10019**

Tel. (212) 608-1260
Fax (212) 980-2968
george@goltzer.com

May 2, 2008

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street - Room 1040
New York, NY 10007
Via Facsimile: 212/805-7907

Re: *United States v. Ismael Roque*
07 Cr. 564 (DLC)

Dear Judge Cote:

    I respectfully adopt the recommendation of the Probation Department and suggest that Ismael Roque be sentenced, principally, to a prison term of 37 months. We have agreed not to request a sentence below the sentencing Guideline.

    The recommended sentence is appropriate for this non violent father of two who has never before been convicted of a crime. At sentence I will request that Your Honor recommend that Mr. Roque be designated to an institution in the District of Massachusetts so he may be close to his children, who reside in that District. I will further request that Your Honor recommend drug treatment, from which Mr. Roque will benefit. Thank you for your consideration. I remain

    Respectfully,
    S/*George R. Goltzer*
    George R. Goltzer

cc: Brendan McGuire, Esq.
    Assistant U.S. Attorney
    Via ECF